448

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
MARVIN BOYKINS, DEFENDANT-RESPONDENT.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero* for the petitioner.

*Mr. William P. Ries* for the respondent.

January 31, 1967. Granted.

JOHN FAHEY, *ETC.*, *ET ALS.*, PLAINTIFFS-PETITIONERS, v.
CITY OF JERSEY CITY, DEFENDANT-RESPONDENT.

*Mr. Sigmund Auerbach* for the petitioners.

*Mr. T. James Tumulty* and *Mr. James H. Dowden* for the respondent.

January 31, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD CASSALTY, DEFENDANT-PETITIONER.

See same case below: 93 *N. J. Super.* 111.

*Messrs. Budd, Larner, Kent & Gross* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

January 31, 1967. Denied.